UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OLUSSEYI AYODELE<br><br>　　　　　Defendant. | No. 1:24-cv-01562-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT LEAVE TO AMEND<br><br>(Doc. 13) |

　　　　Plaintiff Candace Smith, proceeding pro se and in forma pauperis, filed this civil action on December 18, 2024. Doc. 1.

　　　　On April 21, 2025, the assigned magistrate judge screened plaintiff's third amended complaint and issued findings and recommendations recommending that this action be dismissed without leave to amend. Doc. 13. Specifically, the findings and recommendations found that plaintiff's amended complaint failed to comply with Federal Rule of Civil Procedure 8, failed to state a cognizable civil rights claim, and failed to state a racketeering claim. *Id.* at 3-5. The findings and recommendations also found that plaintiff could not pursue criminal claims in a civil lawsuit. *Id.* at 5. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id*. at 6. No objections were filed and the time to do so has passed.

///

1

1 In accordance with 28 U.S.C. § 636 (b)(1), the Court conducted a de novo review of this
2 case. Having carefully reviewed the file, the Court concludes that the findings and
3 recommendations are supported by the record and proper analysis.
4 Accordingly:
5 1. The findings and recommendations issued on April 21, 2025, Doc. 13, are adopted
6 in full;
7 2. This action is dismissed without leave to amend; and
8 3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: May 13, 2025

_____
UNITED STATES DISTRICT JUDGE

2